# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY AIR CONDITIONING & REPAIR, INC., <br><br>              Plaintiff, <br><br>     v. <br><br>BENEFICIAL LIFE INSURANCE COMPANY and DOES 1 through 50, inclusive <br><br>              Defendants. | CASE NO. CV-F-07-01087 AWI/SMS <br><br>ORDER VACATING HEARING DATE OF DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE, AND TAKING MATTER UNDER SUBMISSION |

    Defendant has noticed for hearing and decision a Motion to Dismiss Plaintiff's Third, Fourth, and Fifth Cause of Action for Failure to State a Claim and Motion to Strike.  The matter was scheduled for hearing on September 10, 2007.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 10, 2007, is VACATED, and the parties shall not appear at that time.  As of September 10, 2007, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 6, 2007                    /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE