```
Law Offices of Wagner & Jones LLP
Nicholas Wagner, #109455
Andrew B. Jones, #076915
Daniel M. Kopfman, #192191
C.M. Adams, #200395
1111 E. Herndon, Suite 317
Fresno, CA 93720
Telephone: (559) 449-1800
Facsimile: (559) 449-0749

Attorneys for Plaintiff
VALLEY AIR CONDITIONING & REPAIR, INC.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY AIR CONDITIONING & REPAIR, INC.<br><br>Plaintiff,<br><br>v.<br><br>BENEFICIAL LIFE INSURANCE COMPANY and DOES 1-50, inclusive<br><br>Defendants.<br>_____ | Case No.  1:07-cv-1087 AWI-SMS<br><br>**STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, as follows:

1. Defendant BENEFICIAL LIFE INSURANCE COMPANY ("BENEFICIAL") issues policies of life insurance.

2. On or about October 2005, John Tobbie Hopper was insured for $500,000 under Life Insurance Policy #BL2162491 (hereinafter "the Policy") issued by BENEFICIAL.

3. John Tobbie Hopper died on December 24, 2005.

4. On or about January 12, 2006, PLAINTIFF VALLEY AIR CONDITIONING & REPAIR, INC. ("VALLEY AIR") filed a claim for payment of benefits under the Policy.

5. On or about April 6, 2006, BENEFICIAL refused to pay benefits under the Policy.

**STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER THEREON**                    **1**

6. On or about June 29, 2007, VALLEY AIR filed a complaint with the Fresno County Superior Court. The complaint sought financial and consequential damages caused by DEFENDANTS' breach of contract and duties to PLAINTIFF according to proof, including attorneys' fees. The matter was removed to the United States District Court, Eastern District, and the action is now styled *Valley Air Conditioning & Repair, Inc. v. Beneficial Life Insurance Company*, Case No. 1:07-CV1087 AWI-SMS, United States District Court, Eastern District of California and is referred to herein as ("this litigation").

7. On or about June 2008, BENEFICIAL sought the production of all documents relating to the attorney's fees sought, including, but not limited to, attorney's fees and costs charged to VALLEY AIR, the attorney fee agreement between VALLEY AIR and the Law Offices of Wagner & Jones LLP, and other costs related to the representation for which VALLEY AIR sought reimbursement by way of VALLEY AIR's First Amended Complaint.

8. The Law Offices of Wagner & Jones LLP considers fee agreements and documents depicting the costs of representation to be confidential and proprietary in nature. These confidential materials are also protected pursuant to the attorney-client privilege and/or work product doctrine. As such, VALLEY AIR will designate all responsive documents relating to the attorney's fees sought in this action and produced in this litigation as "CONFIDENTIAL."

9. BENEFICIAL asserts that because VALLEY AIR is seeking attorney's fees and costs, the law requires the production of any attorney fee agreement, as well as documentation supporting all attorney's fees and costs charged to VALLEY AIR.

10. The Parties to this litigation and their attorneys are prohibited from using and disclosing VALLEY AIR documents relating to the attorney's fees sought — designated as "CONFIDENTIAL" — for any purpose other than this litigation.

11. The Parties to this litigation agree that at the end of this litigation BENEFICIAL will either return all documents relating to the attorney's fees sought designated as "CONFIDENTIAL" to VALLEY AIR, or destroy all such documents relating to the attorney's fees sought (including all copies made).

///

1    12.    Subject to this Protective Order, VALLEY AIR will produce a copy of the attorney's fee agreement between VALLEY AIR and the Wagner & Jones LLP office as well as a copy of the ledger reflecting costs and attorney's fees incurred to date.

DATED: August 28, 2008        DANIEL M. KOPFMAN
                              LAW OFFICES OF WAGNER & JONES LLP


                              By: /s/ Daniel Kopfman
                                  DANIEL M. KOPFMAN,

                                  ATTORNEY FOR PLAINTIFF
                                  VALLEY AIR CONDITIONING &
                                  REPAIR, INC.

DATED: August 28, 2008        JAY A. CHRISTOFFERSON
                              McCORMICK, BARSTOW, SHEPPARD,
                                  WAYTE & CARRUTH LLP



                              By: /s/ Jay A. Christofferson
                                  JAY A. CHRISTOFFERSON,

                                  ATTORNEY FOR DEFENDANT
                                  BENEFICIAL LIFE INSURANCE
                                  COMPANY


IT IS SO ORDERED.

**Dated:   September 18, 2008**            **/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE

**STIPULATION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER THEREON**          **3**